## Commonwealth *v.* Duvall, Appellant.

■ Argued November 17, 1966. *Paul N. Barna,* with him *Barna and Barna,* for appellant; *Elmer T. Bolla,* Deputy Attorney General, with him *Edward Friedman,* Attorney General, for Commonwealth, appellee.

Order affirmed.